UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Neiker Yosuee Mendoza-Bustamante,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, U.S. Attorney General, MARKWAYNE MULLIN, Secretary of DHS, TODD LYONS, Director of ICE, CHRISTOPHER LAROSE, Warden of Otay Mesa Detention Center,<br><br>Respondents. | Case No.:  3:26-cv-02234-LEK-MMP<br><br>**ORDER: DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE; AND DENYING OTHER PENDING MATTERS AS MOOT** |

On April 8, 2026, Petitioner Neiker Yosuee Mendoza-Bustamante ("Petitioner"), proceeding *pro se*, filed a "Petition for Writ of Habeas Corpus Pursuant to U.S.C 2241 Under Immigration Detainee Prolonged Detention and a Temporary Restraining Order, Injunctive Relief" ("Petition"). [Dkt. no. 1.] On April 12, 2026, Petitioner, through counsel, filed another action pursuant to Title 28 United States Code Section 2241. See Mendoza Bustamante v. Divver et al., Case No. 3:26-cv-02294-LEK-BLM ("Case 26-2294"), Petition for Writ of Habeas Corpus, filed 4/12/26 (dkt. no. 1) ("Case 26-2294 Petition").

1

Although based on different legal theories, the two petitions seek virtually the same relief. Compare Petition at ¶ VII.A (praying for a writ requiring Petitioner's immediate release), with Case 26-2294 Petition at pg. 8, ¶ b (praying for a writ requiring Petitioner's release within one day). Because the two petitions seek duplicative relief, the Petition in the instant case is DISMISSED WITHOUT PREJUDICE to the filing of an amended petition in Case 26-2294 that raises any issues or claims that Petitioner attempted to raise in the instant case.

In light of the dismissal of the Petition without prejudice, Petitioner's Motion for Temporary Restraining Order, and Injunctive Relief, and Petitioner's Request for Appointment of Counsel, both filed on April 8, 2026, [dkt. nos. 2, 3], are DENIED AS MOOT.

The Clerk's Office is DIRECTED to enter judgment pursuant to this Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 17, 2026



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**NEIKER YOSUEE MENDOZA-BUSTAMANTE VS. PAMELA BONDI, ET AL; CV 26-02234 LEK; ORDER:  DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE; AND DENYING OTHER PENDING MATTERS AS MOOT**